**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

No. 20-7102

---

SHELLY STEVENS, et al.,
Plaintiffs-Appellants,
v.
DAWN M. HOLLER, et al.,
Defendants-Appellees.

---

## MOTION TO STRIKE AND ENTER APPEARANCE

All Defendants (the "Wellpath Defendants") move to the strike the appearance of

Kelly Campbell of Whiteford Taylor & Preston, L.L.P., as their attorney, and substitute

the appearance of Gardner M. Duvall of Whiteford Taylor & Preston, L.L.P., as their

attorney.  For cause, the Wellpath Defendants state that Ms. Campbell has resigned from

Whiteford Taylor & Preston, L.L.P., to accept employment at another firm, and she has

ceased to represent the Wellpath Defendants.

Respectfully submitted,

*/s/ Gardner Duvall*
Gardner M. Duvall (MD Bar No. 09823)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700
gduvall@wtplaw.com

*Counsel for Defendants-Appellees*

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 11th day of April, 2022, I caused the foregoing

Motion to Strike and Enter Appearance to be filed electronically with the Clerk of the

Court using the CM/ECF system, which will send notice of such filing to the following

registered CM/ECF users:

Charles N. Curlett, Jr.
Lauren M. McLarney
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21202

*Counsel for Appellants*

12274473